UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PREMIER GOLD PROPERTIES, LP,<br><br>　　　　　　　　　　　　Debtor.<br>―――――――――――――――――<br>RICHARD M. KIPPERMAN, Chapter 7 Trustee,<br><br>　　　　　　　　　　　　Appellant,<br><br>v.<br><br>COTTONWOOD CAJON ES, LLC,<br><br>　　　　　　　　　　　　Appellee. | Case No.: 20-CV-2008 JLS (AHG)<br><br>**ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE**<br><br>(ECF No. 6) |

　　　Presently before the Court is the Parties' Stipulation to Dismiss Appeal with Prejudice ("Stipulation," ECF No. 6), entered into by and between Appellant Richard M Kipperman, the Chapter 7 Trustee of the bankruptcy estate of Premier Golf Properties, LP, and Appellee Cottonwood Cajon ES LLC. Good cause appearing, the Court **APPROVES** the Stipulation in its entirety. As stipulated by the Parties, the Court **DISMISSES WITH**

///

///

///

1

**PREJUDICE** the Appeal.  No further notice or hearing is required to effectuate the foregoing.  The Clerk of Court will close the file.

  **IT IS SO ORDERED**.

Dated:  March 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge